# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

**Debtor:** VALERIE K STEINBOCK
**Case Number:** 2:15-BK-13871-EPB  **Chapter:** 13
**Date / Time / Room:** TUESDAY, MARCH 08, 2016 10:00 AM  7TH FLOOR #703
**Bankruptcy Judge:** EDDWARD P. BALLINGER JR.
**Courtroom Clerk:** ANNETTE FRANCHELLO
**Reporter / ECR:** MARGARET KELLY

### Matter:

EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION TO REINSTATE AUTOMATIC STAY
**R / M #:** 48 / 0

### Appearances:

MARY MARTIN, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
ADAM E. HAUF, ATTORNEY FOR VALERIE K STEINBOCK
DAVID KNAPPER, ATTORNEY DOVE FINANCIAL INVESTMENTS, LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:15-BK-13871-EPB        TUESDAY, MARCH 08, 2016 10:00 AM

## *Proceedings:*

Mr. Hauf confirms for the Court that debtor has insurance coverage. He reviews the current liens and explains that debtor is diligently working on cleaning the property. He states that debtor is working with the City of Mesa to be in compliance with the city. He notes debtor is current on plan payments and has mailed the most recent payment. He asks that the stay be reinstated in belief the plan can be confirmed. Mr. Hauf further believes the debtor can pay 100% of all claims. He answers the Court's questions regarding debtor's employment and cleaning efforts.

Ms. Martin does not take a position as to today's matter. She states debtor has complied with trustee's requests. She is unable to say that debtor's plan can be confirmed without the determination of the IRS' claim and valuation of the property.

Mr. Knapper states that he has photographs showing that debtor has made little progress to clean the property. He would like to show the photographs to the Court. He further informs the Court that debtor should be in jail for violating her parole. He explains that debtor's neighbor, Brandon Crabb, was part of the hearing and explains Mr. Crabb's multiple issues and concerns.

Mr. Hauf objects to the photographs due no date or time stamp on them.

Mr. Knapper calls Mr. Brandon Crabb to the stand to authenticate the photographs.

Mr. Crabb is sworn and examined by Mr. Knapper.

Mr. Knapper moves to introduce the photographs. Mr. Hauf objects.

COURT:  IT IS ORDERED overruling the objection and admitting the photographs taken by Mr. Crabb.

Mr. Knapper continues examining Mr. Crabb.

Mr. Hauf redirects. He moves to admit the photographs taken Monday, March 7, 2016.

COURT:  IT IS ORDERED admitting the photographs as Exhibit 1.

Mr. Hauf continues examining Mr. Crabb. He further states that as to the testimony regarding incarceration, the debtor is on work release.

Mr. Knapper addresses the liens against the property. He proceeds to respectfully state his position.

The Court provides its analysis.

Mr. Hauf responds and states his position.

The Court ensues discussion with the parties regarding foreclosure of the property. Mr. Knapper agrees that if the motion is denied, that the debtor not be ousted from the property for 30 days. Mr. Hauf would like 30 days minimum.

# Minute Entry

(continue)... 2:15-BK-13871-EPB    TUESDAY, MARCH 08, 2016 10:00 AM

COURT: IT IS ORDERED taking this matter under advisement.

**LATER:**

For the reasons set forth on the record,

IT IS ORDERED denying debtor's motion to reinstate the automatic stay.

IT IS FURTHER ORDERED that the moving creditor shall not attempt to physically displace the debtor from the subject property prior to April 11, 2016.